PETER VER DINE, Respondent, *v.* HERBERT JOHNCOX, Appellant.

*Ver Dine* v. *Johncox,* 177 App. Div. 952, affirmed.
(Submitted March 19, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for injuries to plaintiff's horse through its being struck by defendant's automobile while being driven along a road in Ontario Center, Wayne county. The only point raised on appeal was that the verdict was a compromise and was not based on the evidence.

*J. S. Albright* for appellant.

*Clyde W. Knapp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.